**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.: 12-11872 |
| | ) | |
| ANGELA DUFFY, | ) | Chapter 7 |
| | ) | |
| Debtor(s). | ) | Honorable Bruce W. Black |
| | ) | (Joliet) |
| | ) | |

**COVER SHEET FOR FIRST AND FINAL APPLICATION
OF ALAN D. LASKO & ASSOCIATES P.C. FOR ALLOWANCE
OF COMPENSATION AND EXPENSES**

Name of Applicant:                        Alan D. Lasko & Associates P.C.

Authorized to Provide
Professional Services to:                 Joji Takada, Chapter 7 Trustee of the Estate of Angela
                                          Duffy

Period for Which
Compensation is Sought:                   July 12, 2013 through August 22, 2013

Amount of Fees Sought:                    $       1,436.90

Amount of Expense
Reimbursement Sought:                     $       12.45

This is a:                                First and Final Application for Compensation and
                                          Expenses
                                          7

The aggregate amount of fees and
expenses *paid* to the Applicant to
date for services rendered and
expenses incurred herein is:              $       0.00

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.: 12-11872 |
| | ) | |
| ANGELA DUFFY, | ) | Chapter 7 |
| | ) | |
| Debtor(s). | ) | Honorable Bruce W. Black |
| | ) | (Joliet) |
| | ) | |

**NOTICE OF MOTION**

To:   See attached Service List

PLEASE TAKE NOTICE that on **September 27, 2013 at 9:15 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Bruce W. Black at the Joliet City Hall, Second Floor, 150 West Jefferson Street, Joliet, Illinois or whomever may be sitting in his place and stead, and then and there present the FIRST AND FINAL APPLICATION OF ALAN D. LASKO & ASSOCIATES P.C. FOR ALLOWANCE OF COMPENSATION AND EXPENSES, a copy of which is attached hereto and hereby served upon you.

_/s/ Joji Takada_
Bankruptcy Trustee

**PROOF OF SERVICE**

I, the undersigned attorney, certify that I served a copy of this NOTICE OF MOTION and attached FIRST AND FINAL APPLICATION OF ALAN D. LASKO & ASSOCIATES P.C. FOR ALLOWANCE OF COMPENSATION AND EXPENSES upon the person(s) listed above by mailing the same by First Class U.S. Mail at Chicago, Illinois on the date set forth below, unless a copy was served electronically which occurs automatically upon the filing of the aforesaid documents with the Clerk of the Bankruptcy Court through the CM/ECF system.

Date: August 22, 2013

_/s/ Joji Takada_
Bankruptcy Trustee

Prepared by

Joji Takada
TAKADA LAW OFFICE, LLC
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
Tel: 773-790-4888

{00010116 / 2013 / 009 /}

# SERVICE LIST

Electronic Mail Notice List

- William L. Hotopp    wlhotopp@comcast.net
- Micah R Krohn    mkrohn@fgllp.com, ccarpenter@fgllp.com
- Richard G Larsen    rlarsen@kleinstoddard.com, vmaurer@kleinstoddard.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- M. Gretchen Silver    ustpregion11.es.ecf@usdoj.gov,
  gretchen.silver@usdoj.gov;denise.delaurent@usdoj.gov;maria.e.yapan@usdoj.gov
- Robert B Steele    rsteele160@sbcglobal.net
- Zane L Zielinski    zzielinski@fgllp.com,
  csmith@fgllp.com;dortiz@fgllp.com;ccarpenter@fgllp.com

First Class Mail Notice List

| | | |
|---|---|---|
| Atlas Acquisitions LLC (Metris - Metris) 294 Union St. Hackensack, NJ 07601 | OSF Saint Elizabeth Medical CTR C/O H and R Accounts Inc PO Box 672 Moline, IL 61265 | LVNV Funding, LLC its successors and assigns as assignee of NCO Portfolio Management Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 |
| Webbank-Fingerhut 6250 Ridgewood Rd St. Cloud, MN 56303 | First National Bank of Ottawa c/o Attorney Robert B. Steele PO Box 517 LaSalle, IL 61301 | Integrative Pain Medicine 80 West Hillcrest Blvd. Suite 208 Schaumburg, IL 60195 |
| Rush Copley Medical Center, Inc. c/o Michael W. Huseman 1999 West Downer Place Aurora, IL 60506 | IL Dept of Healthcare and Family Services/MRU P O Box 19405 Springfield, IL 62794 | Angela M. Duffy 815 W. Superior Street Ottawa, IL 61350 |

{00010116 / 2013 / 009 /}

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **Estate of Angela M. Duffy** | ) | No. 12 B 11872 |
| | ) | |
| 38-7070035 | ) | Chapter 7 |
| **Debtor** | ) | |
| | ) | Hon. Bruce W. Black |

### FIRST AND FINAL APPLICATION
### OF ALAN D. LASKO & ASSOCIATES, P.C.
### FOR ALLOWANCE COMPENSATION AND EXPENSES

**ALAN D. LASKO AND ALAN D. LASKO & ASSOCIATES, P.C.,** Certified Public Accountants, request first and final compensation of $1,436.90 and expenses of $12.45 for the time period from July 12, 2013 through August 22, 2013. A detail is provided herein for the Estate, which identifies by subject matter the services performed by the Applicant. Additional detail is provided to reflect the function and individual performing said services. Lastly, each individual's classification and hourly rate is also reflected. In addition, attached is the Affidavit pursuant to Bankruptcy Rule 2016.

### INTRODUCTION

This Court has jurisdiction over this First and Final Fee Application pursuant to 28 U.S.C. § 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

The statutory predicates for the relief requested herein are Sections 328, 330 and 331 of Title 11 of the United States Code (11 U.S.C. §§ 101-1532, the "Bankruptcy Code"), as supplemented by Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 5082-1 of the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois (the Local Rules"), the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 promulgated by the United States Department of Justice, dated on January 30, 1996 (the "UST Guidelines").

Under Rule 2016(b), the Firm has not shared, nor agreed to share, (a) any compensation it has received or may receive in these cases with another person or party other than the Firm's associates and other employees, or (b) any compensation another person or party has received or may receive in these cases.

## GENERAL

The Debtor filed a petition under Chapter 7 on or about March 26, 2012. A Trustee was subsequently appointed. On July 12, 2013, Alan D. Lasko & Associates, P.C. was approved by the Court as the accountants for the Trustee. Reflected in this Fee Application is the Applicant's time for the preparation of the Estate's initial and final income tax returns.

## FEE APPLICATION

The fees sought by this First and Final Fee Application reflect an aggregate of 9.4 hours of ADLPC's time spent and recorded in performing services during the First and Final Compensation Period. This fee request does not include time that might be construed as

2

duplicative or otherwise not beneficial to the Trustee or the Debtor's Estate, which has already been eliminated by ADLPC. In accordance with the factors enumerated in Section 330 of the Bankruptcy Code, the amount of fees requested is fair and reasonable given: (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered (d), the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.

All of the services for which first and final compensation is sought were rendered solely in connection with this case, in furtherance of the duties and functions of the Trustee and not on behalf of any individual creditor or other person.

ADLPC has not entered into any agreement, express or implied, with any other party for the purpose of fixing or sharing fees or other compensation to be paid for professional services rendered in this case.

ADPC has not shared, or agreed to share (a) any compensation it has received or may receive with another party or person, other than with the associates of the Firm, or (b) any compensation another person or party has received or may receive. No promises have been received by ADLPC as to compensation in connection with this case other than in accordance with the provisions of the Bankruptcy Code.

3

## BREAKDOWN BY CATEGORIES

The categories in this Application as listed below:

## BILLING

The Applicant has incurred 1.2 hours in the preparation of this fee Application.

Cost                $117.60

A recap of compensation for this category is as follows:

|  | Hours | Rate | Amount |
|---|---|---|---|
| A. Lasko | 0.2 | $ 278.00 | $    55.60 |
| C. Wilson, Staff | 1.0 | 62.00 | 62.00 |
|  | 1.2 | | $   117.60 |

## TAX PREPARATION

The Applicant incurred 8.2 hours in the preparation of the Estate's initial and final income tax returns. Also included is the estimated time to prepare the Estate's final information tax returns.

Cost                $1,319.30

A recap of compensation for this category is as follows:

|  | Hours | Rate | Amount |
|---|---|---|---|
| A. Lasko | 1.9 | $ 278.00 | $   528.20 |
| L. Li, Accounting Supervisor | 2.7 | 189.00 | 510.30 |
| J. Lasko, Staff | 3.6 | 78.00 | 280.80 |
|  | 8.2 | | $  1,319.30 |

4

The Applicant reflects hourly rates and hours worked by each person by function.  The recap also reflects the cost of each function performed.  In order to assist the Court and parties in interest to evaluate this fee request, your Applicant has reflected below the range of rates charged by staff level.

| | | | |
|---|---|---|---|
| Owner | $275 | - | $280 |
| Manager/Director | 220 | - | 275 |
| Supervisors | 160 | - | 220 |
| Senior | 120 | - | 160 |
| Assistant | 65 | - | 120 |

To provide an orderly and meaningful summary of the services rendered by ADLPC in accordance with its employment, ADLPC has summarized the services provided by the project billing categories for its first and final fee period are as follows:

| Recap by Project | Amount | | |
|---|---|---|---|
| Billing | $    117.60 | | |
| Tax Preparation | 1,319.30 | | |
| Net Request | $  1,436.90 | | |

| Recap by Hour | Hours | Amount | Blended Rate |
|---|---|---|---|
| Billing | 1.2 | $    117.60 | $    98.00 |
| Tax Preparation | 8.2 | 1,319.30 | $   160.89 |
| | 9.4 | $  1,436.90 | $   152.86 |

**EXPENSES**

It is the Firm's policy to charge its clients in all areas of practice for identifiable, non-overhead expenses incurred in connection with the client's case that would not have been incurred except for representation of that particular client.  It is the Firm's policy to charge its client only the amount actually incurred by the Firm in connection with such items.  Examples of such expenses are postage, overnight mail, courier delivery, transportation, airfare, meals, and lodging.

| | | |
|---|---|---|
| Postage | $ | 2.75 |
| Copy Costs | | 9.70 |
| | $ | 12.45 |

**ALLOWANCE OF COMPENSATION**

The foregoing professional services rendered during the Compensation Period were necessary and appropriate to the administration of the Chapter 7 case and was in the best interests of the parties in interest.  Compensation for the foregoing services as requested is commensurate with the complexity, importance, and nature of the problems, issues, or tasks involved.  ADLPC has taken significant efforts to ensure that the professional services were performed with expedience and in an efficient manner and without duplication of effort.

Section 330 provides that a court may award a professional employed under Section 327 of the Bankruptcy Code "reasonable compensation for actual necessary services rendered . . . and reimbursement for actual, necessary expenses."  11 U.S.C. § 330(a)(1).  Section 330 also sets forth the criteria for the award of such compensation and reimbursement:

6

In determining the amount of reasonable compensation to be awarded, the court should consider the nature, the extent, and the value of such services, taking into account all relevant factors, including.

(A)     the time spent on such services;

(B)     the rates charged for such services;

(C)     whether the services were necessary to the administration of, or beneficial at the time the service was rendered toward the completion of, a case under this title;

(D)     whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue or task addressed; and

(E)     whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

Id. § 330(a)(3).

In the instant case, ADLPC respectfully submits that the services for which it seeks compensation in this First and Final Fee Application were necessary for and beneficial to the Trustee's efforts in administering the Debtor's Estate, and necessary to and in the best interests of the Debtor's Estate.  ADLPC further submits that the compensation requested herein is reasonable in light of the nature, extent, and value of such services provided to the Trustee and the Debtor's Estate.

The rates charged by ADLPC in this case are standard for any bankruptcy matter, and are identical to the rate it would charge throughout the country in any bankruptcy case of this size and prominence.

7

In sum, the services rendered by ADLPC were necessary and beneficial to the Debtor's Estate, and were consistently performed in a timely manner commensurate with the complexity, importance, and nature of the issues involved. As shown by this First and Final Fee Application and supporting exhibits, ADLPC incurred professional time economically and without unnecessary duplication of effort. In addition, the work involved, and thus the time expended, was carefully assigned in view of the experience and expertise required for a particular task. Accordingly, approval of the first and final compensation sought herein for the Compensation Period is warranted.

## CONCLUSION AND REQUEST FOR RELIEF

Based upon the foregoing, your Applicant submits that the relief requested is justified in the circumstances and its allowance would be appropriate. Therefore, the requested first and final compensation of $1,436.90 and expenses of $12.45 should be allowed for services by your Applicant for the period July 12, 2013 through August 22, 2013.

Alan D. Lasko

Alan D. Lasko & Associates, P.C.
29 South LaSalle Street
Suite 1240
Chicago, Illinois  60603
(312) 332-1302

8

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **Estate of Angela M. Duffy** | ) | No. 12 B 11872 |
| | ) | |
| 38-7070035 | ) | Chapter 7 |
| **Debtor** | ) | |
| | ) | Hon. Bruce W. Black |

### AFFIDAVIT PURSUANT TO BANKRUPTCY RULE 2016

STATE OF ILLINOIS)
          )      SS.
COUNTY OF COOK )

I, Alan D. Lasko, being first duly sworn on oath, depose and state as follows:

1. I am the owner of the Firm ALAN D. LASKO & ASSOCIATES, P.C. ("Lasko") and I am authorized to execute this Affidavit on behalf of Lasko. Lasko is the Court-approved accountants for Brenda Porter Helms, Chapter 7 Trustee in this case ("Trustee").

2. I have read the First and Final Application of Lasko, for allowable compensation and expenses ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. Lasko has performed the services set forth and described in the Application at the request and pursuant to the direction of the Trustee.

3. Lasko has not previously received payments for services rendered in connection with this case from the Trustee. Lasko has not entered into any agreement or understanding between itself and any other person for the sharing of compensation received or to be received for services rendered to the Trustee in connection with these cases, except among the members and associates of the Firm.

FURTHER AFFIANT SAYETH NOT.

_____
Alan D. Lasko

Subscribed and Sworn to before me
this _22nd_ day of August, 2013.

_____
Notary Public

OFFICIAL SEAL
CLAUDETTE WILSON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:05/10/16

9

**<u>EXHIBIT A</u>**

**<u>ORDER OF EMPLOYMENT</u>**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                              )        BK No.:   12-11872
                                    )
ANGELA DUFFY,                       )        Chapter: 7
                                    )        Honorable Bruce W. Black
                                    )
                                    )        Joliet
            Debtor(s)               )

## ORDER GRANTING
## TRUSTEE'S APPLICATION TO EMPLOY ACCOUNTANT

THIS MATTER COMING TO BE HEARD on Trustee's Application to Employ Accountant
(the "Application"); due notice having been given; movant having appeared; and the Court being
advised in the premises;

IT IS HEREBY ORDERED:

1. That the Application is granted.

2. That Trustee is authorized to employ Alan D. Lasko and the firm of Alan D. Lasko &
Associates, P.C., as Trustee's accountants to perform the accounting services described in the
Application.

Enter:        _Bruce W. Black_

                              Honorable Bruce W. Black
Dated:  July 12, 2013         United States Bankruptcy Judge

**Prepared by:**

Joji Takada
TAKADA LAW OFFICE, LLC
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
Tel: 773-790-4888

**EXHIBIT B**

**PERSONNEL**

The following represents a description of the primary individuals in this engagement.


## Alan D. Lasko – CPA, CIRA, CFF

Mr. Lasko has worked primarily in the bankruptcy field over the last 27 years. He brings his 37 years of experience in providing operational support to Chapter 11 and creditor committees, as well as his technical abilities in various accounting and tax matters in bankruptcy cases. Mr. Lasko has been an expert witness, been appointed as a receiver in State Court, worked as a disbursing agent, made presentations to creditors and their committees and worked with debtor and creditor counsels in formulating plans of reorganizations and disclosure statements. Mr. Lasko is a member of the Certified Insolvency and Restructuring Advisors (CIRA), as well as being Certified in Financial Forensics (CFF). Mr. Lasko is also a member of the American Bankruptcy Institute, the American Institute of Certified Public Accountants and the Illinois CPA Society. Mr. Lasko also has instructed and has written seminars on various bankruptcy-related topics. Last, Mr. Lasko has broad accounting and tax experience in Chapter 7 cases.


## Luyan Li, CPA, CVA, Ph.D. – Accounting/Valuation Supervisor

Ms. Li has 7 years of valuation experience and 9 years of performing accounting and tax services. She has a B.A. from Xi An Jiao Tong University in China and a Ph.D. in Communications Studies from Northwestern University in Evanston. She is a Certified Public Accountant and a member of the American Institute of Certified Public Accountants and the Illinois CPA Society. She is also certified by the National Association of Valuation Analysts for her valuation certificate. In addition, she is a Certified QuickBooks ProAdvisor.

ESTATE OF ANGELA M. DUFFY

Joseph Lasko – Staff

Mr. Lasko is a second-year staff intern person performing accounting and tax services. Mr. Lasko has a Bachelor's Degree in Marketing from the University of Iowa. Mr. Lasko has also completed several post graduate accounting courses.

**EXHIBIT C**

**STAFF LEVELS**

## STAFF LEVEL – SUPERVISORS, SENIORS AND ASSISTANTS

### SUPERVISORS

After a period of several years of experience, senior accountants are advanced to the supervisory level. Supervisors have administrative and overview responsibility on a broader level than senior accountants. Supervisors are responsible to keep the manager abreast of the progress of the engagement of the problems encountered in a particular circumstance.

### SENIORS

After a period of usually 2 to 3 years, an individual is advanced to the senior level. Seniors are primarily responsible for the day-to-day functions of fieldwork with the Court. In bankruptcy-related work, audit seniors may also perform specific tasks at the request of a manager or supervisor.

### ASSISTANTS

Staff assistants usually execute basic assignments or tasks. In bankruptcy-related work, assistants primarily perform specific projects at specified times under the supervision of a senior, supervisor or manager.

**EXHIBIT D**

**ACTUAL TIME FROM TIME SLIPS**

**<u>EXHIBIT D-1</u>**

**<u>TAX PREPARATION</u>**

8/22/2013                     Alan D. Lasko & Associates, P.C.
4:25 PM                          Pre-bill Worksheet                              Page      1

---

## Selection Criteria

Clie.Selection          Include: Duffy.002; Duffy.012

---

| | |
|---|---|
| Nickname | Duffy.002 \| 4275 |
| Full Name | Estate of Angela M. Duffy |
| Address | c/o Joji Takada, Trustee |
| | 6336 N, Cicero Avenue |
| | Suite 201 |
| | Chicago IL 60646 |

| | | |
|---|---|---|
| Phone 1 | | Phone 2 |
| Phone 3 | | Phone 4 |
| In Ref To | tax preparation | |
| Fees Arrg. | By billing value on each slip | |
| Expense Arrg. | By billing value on each slip | |
| Tax Profile | Exempt | |
| Last bill | | |
| Last charge | 8/12/2013 | |
| Last payment | Amount | $0.00 |

| Date ID | User Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 7/30/2013 118108 | A. Lasko 800 | 278.00 | 0.40 | 111.20 | Billable |
| | prepared document and information request from trustee and counsel re: to prepare year end income tax returns for the estate | | | | |
| 7/30/2013 118109 | A. Lasko 800 | 278.00 | 0.10 | 27.80 | Billable |
| | set up staff for tax preparation first draft of estate | | | | |
| 7/30/2013 118124 | J. Lasko 800 | 78.00 | 2.10 | 163.80 | Billable |
| | preparation of workpapers and tax returns for estate 2013 | | | | |
| 8/1/2013 118141 | J. Lasko 800 | 78.00 | 0.30 | 23.40 | Billable |
| | preparation of workpapers and tax returns for 2013 | | | | |
| 8/7/2013 118329 | L. Li 800 | 189.00 | 2.40 | 453.60 | Billable |
| | Review Estate of Angela Duffy workpapers and tax returns | | | | |
| 8/8/2013 118349 | A. Lasko 800 | 278.00 | 0.60 | 166.80 | Billable |
| | prepared corrections to net operating loss calculation for regular and alternative minimum tax purposes (which affects the calculation of the tax discharge of indebetedness) for the final return | | | | |

Alan D. Lasko & Associates, P.C.

8/22/2013
4:25 PM

Pre-bill Worksheet

Page    2

Duffy.002:Estate of Angela M. Duffy (continued)

| Date ID | User Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 8/8/2013 118350 | A. Lasko 800 | 278.00 | 0.20 | 55.60 | Billable |
| | prepared irs 60 day letters for initial and final return | | | | |
| 8/12/2013 118451 | A. Lasko 800 | 278.00 | 0.20 | 55.60 | Billable |
| | prepared irs 60 day letter for the initial and final return | | | | |
| 8/12/2013 118452 | A. Lasko 800 | 278.00 | 0.40 | 111.20 | Billable |
| | sign off of federal and state tax returns and irs 60 day copy and letter | | | | |
| 8/12/2013 118633 | J. Lasko 800 | 78.00 | 1.20 | 93.60 | Billable |
| | Estimated time to prepare estate's final information tax returns and cover letter to trustee | | | | |
| 8/12/2013 118634 | L. Li 800 | 189.00 | 0.30 | 56.70 | Billable |
| | Estimated time to review estate's final information tax returns and cover letter to trustee | | | | |

| TOTAL | Billable Fees | | 8.20 | | $1,319.30 |

| Date ID | User Expense | Price Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 8/12/2013 118465 | C. Wilson 115 | 9.70 | 1.000 | 9.70 | Billable |
| | Photocopy costs for 2013 Forms 1041 income tax returns - 97 pages @ $.10 per page. | | | | |
| 8/12/2013 118641 | C. Wilson 105 | 2.75 | 1.000 | 2.75 | Billable |
| | postage - mailed tax returns to trustee | | | | |

| TOTAL | Billable Costs | | | | $12.45 |

8/22/2013                                Alan D. Lasko & Associates, P.C.
4:25 PM                                       Pre-bill Worksheet                                    Page      3

Duffy.002:Estate of Angela M. Duffy (continued)

---

Calculation of Fees and Costs

---

|  | Amount | Total |
|---|---|---|
| **Fees Bill Arrangement: Slips** | | |
| By billing value on each slip. | | |
| | | |
| Total of billable time slips | $1,319.30 | |
| Total of Fees (Time Charges) | | $1,319.30 |
| | | |
| **Costs Bill Arrangement: Slips** | | |
| By billing value on each slip. | | |
| | | |
| Total of billable expense slips | $12.45 | |
| Total of Costs (Expense Charges) | | $12.45 |
| | | |
| Total new charges | | $1,331.75 |
| | | |
| **New Balance** | | |
| Current | $1,331.75 | |
| | | |
| Total New Balance | | $1,331.75 |

**<u>EXHIBIT D-2</u>**

**<u>BILLING TIME</u>**

8/22/2013                           Alan D. Lasko & Associates, P.C.
4:25 PM                                                                                      Page     4
                                           Pre-bill Worksheet

Nickname          Duffy.012 | 4276
Full Name         Estate of Angela M. Duffy
Address           c/o Joji Takada, Trustee
                  6336 N, Cicero Avenue
                  Suite 201
                  Chicago IL 60646

Phone 1                           Phone 2
Phone 3                           Phone 4
In Ref To         fee petition
Fees Arrg.        By billing value on each slip
Expense Arrg.     By billing value on each slip
Tax Profile       Exempt
Last bill
Last charge       8/22/2013
Last payment                      Amount      $0.00

| Date<br>ID | User<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 8/22/2013<br>118639 | C. Wilson<br>800<br>Prepared fee petition. | 62.00 | 1.00 | 62.00 | Billable |
| 8/22/2013<br>118642 | A. Lasko<br>800<br>Prepared fee petition | 278.00 | 0.20 | 55.60 | Billable |
| TOTAL | Billable Fees | | 1.20 | | $117.60 |

Total of billable expense slips                                                              $0.00

---

## Calculation of Fees and Costs

|  | Amount | Total |
|---|---|---|
| Fees Bill Arrangement: Slips<br>By billing value on each slip. | | |
| Total of billable time slips | $117.60 | |
| Total of Fees (Time Charges) | | $117.60 |
| Total of Costs (Expense Charges) | | $0.00 |
| Total new charges | | $117.60 |
| New Balance<br>Current | $117.60 | |

Alan D. Lasko & Associates, P.C.

8/22/2013
4:25 PM

Pre-bill Worksheet

Page      5

Duffy.012: Estate of Angela M. Duffy (continued)

|  | Amount | Total |
|---|---|---|
| Total New Balance |  | $117.60 |