**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-11872 |
| Angela M. Duffy | § | Chapter 7 |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION AND**
**DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joji Takada, Trustee of the above captioned estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the Court
219 South Dearborn
Chicago, Illinois

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.

A hearing on the fee applications and any objection to the Final Report will be held as follows:

Date:     9/5/2014
Time:     9:00A.M.
Location: Joliet City Hall
          Second Floor
          150 West Jefferson Street
          Joliet, Illinois

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 8/5/2014               By: _/s/ Joji Takada_
                                              Trustee

Joji Takada
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
Tel: 773-790-4888

{00006453 / 2011 / 000 /}

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
§
Angela M. Duffy § Case No. 12-11872
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 352,631.01 |
| and approved disbursements of | $ | 290,692.30 |
| leaving a balance on hand of[1] | $ | 61,938.71 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Joji Takada | $ 8,420.27 | $ 0.00 | $ 8,420.27 |
| Trustee Expenses: Joji Takada | $ 36.94 | $ 0.00 | $ 36.94 |
| Attorney for Trustee Fees: Frank Gecker LLP | $ 4,834.00 | $ 0.00 | $ 4,834.00 |
| Attorney for Trustee Expenses: Frank Gecker LLP | $ 19.02 | $ 0.00 | $ 19.02 |
| Accountant for Trustee Fees: Alan Lasko and Associates PC | $ 1,436.90 | $ 1,436.90 | $ 0.00 |
| Accountant for Trustee Expenses: Alan Lasko and Associates PC | $ 12.45 | $ 12.45 | $ 0.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 13,310.23 |
| Remaining Balance | $ 48,628.48 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,207.51 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Atlas Acquisitions Llc (Metris - Metris) | $ 908.70 | $ 0.00 | $ 908.70 |
| 2 | Osf Saint Elizabeth Medical Ctr | $ 379.05 | $ 0.00 | $ 379.05 |
| 3 | LVNV Funding, LLC its successors and assigns as assignee of | $ 713.74 | $ 0.00 | $ 713.74 |
| 4 | Webbank-Fingerhut | $ 206.02 | $ 0.00 | $ 206.02 |
| | Total to be paid to timely general unsecured creditors | | | $ 2,207.51 |
| | Remaining Balance | | | $ 46,420.97 |

Tardily filed claims of general (unsecured) creditors totaling $ 46,774.56 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 99.2 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | First National Bank Of Ottawa | $ 32,160.11 | $ 0.00 | $ 31,917.00 |
| 6 | Integrative Pain Medicine | $ 5,700.13 | $ 0.00 | $ 5,657.04 |
| 7 | Rush Copley Medical Center, Inc. | $ 8,071.17 | $ 0.00 | $ 8,010.16 |
| 8 | Il Dept Of Healthcare And Family Services/Mru | $ 843.15 | $ 0.00 | $ 836.77 |
| | Total to be paid to tardy general unsecured creditors | | $ | 46,420.97 |
| | Remaining Balance | | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: Joji Takada
                                                         Trustee

*Joji Takada, Chapter 7 Trustee*
*6336 North Cicero Avenue, Suite 201*
*Chicago, Illinois  60646*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

```
                                United States Bankruptcy Court
                                Northern District of Illinois
In re:                                                                  Case No. 12-11872-BWB
Angela M. Duffy                                                         Chapter 7
         Debtor                        CERTIFICATE OF NOTICE
District/off: 0752-1           User: wepps                  Page 1 of 2                  Date Rcvd: Aug 06, 2014
                               Form ID: pdf006              Total Noticed: 40


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 08, 2014.
db            +Angela M. Duffy,    2850 S. Drake Avenue,    Chicago, IL 60623-4638
aty           +FrankGecker LLP,    325 N. LaSalle Street,    Suite 625,   Chicago, IL 60654-6465
aty            Zane L Zielinski,    Frank/Gecker LLP,    325 North LaSalle Street,   Suite 625,
                Chicago, IL 60610
18676827      +American Financial Collections,    10333 North Meridian Street,    Indianapolis, IN 46290-1144
18676828       Apollo Group, Inc.,    4615 east Elwood Street,    DBA University of Phoenix,
                Phoenix, AZ 85040-1908
19001586      +Atlas Acquisitions LLC  (Metris - Metris),     294 Union St.,   Hackensack, NJ 07601-4303
18676829       Aturo D. Tomas MD Ltd.,    P.O. Box 8660,   Saint Louis, MO 63126-0660
18676830      +CDA/Pontiac,   415 East Main Street,    P.O. Box 213,   Streator, IL 61364-0213
18676831      +Credit Recovery, Inc.,    P.O. Box 916,   Ottawa, IL 61350-0916
18676832      +Creditors Discount and Audit Co.,    415 East Main Street,    Streator, IL 61364-2927
18676835      +DIVSFD Service,    1824 West Grand Avenue,    Suitee 200,   Chicago, IL 60622-6721
18676833      +Dependon Collection,    P.O. Box 4833,   Hinsdale, IL 60522-4833
18676836       Fingerhut,   6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
18676837      +First National Bank of Ottawa,    701 LaSalle,   Ottawa, IL 61350-5019
20422574      +First National Bank of Ottawa,    c/o Attorney Robert B. Steele,   PO Box 517,
                LaSalle, IL 61301-0517
18676838       First Premiere Bank,    P.O. Box 5529,   Sioux Falls, SD 57117-5529
20508058      +IL Dept of Healthcare and Family Services/MRU,    P O Box 19405,   Springfield, IL 62794-9405
18676841      +Integrative Pain Medicine,    80 West Hillcrest Blvd. Suite 208,   Schaumburg, IL 60195-3111
18676842       Mediacom,   Superior Street,    Ottawa, IL 61350
18676843       Metris Bank,    P.O. Box 18056,   Hauppauge, NY 11788-8856
18676844      +Midwest Emergency Northern Illinois,    P.O. Box 8220,   Fort Worth, TX 76124-0220
18676845      +Nationwide Credit, Inc.,    2002 Summit Boulevard,   Atlanta, GA 30319-1560
18676846      +Ottawa Medical Center, PC,    1614 Norris Drive,   Ottawa, IL 61350-3602
18676847      +Ottawa Regional Hospital,    1100 East Norris Drive,   Ottawa, IL 61350-1604
18676848      +Peoples Credit,    P.O. Box 241,   115 E. South Street,   Plano, IL 60545-1595
18676849      +Pro MD Collections,    P.O. Box 10166,   Peoria, IL 61612-0166
20472316      +Rush Copley Medical Center, Inc.,    c/o Michael W. Huseman,    1999 West Downer Place,
                Aurora, IL 60506-4776
18676850      +Rush-Copley Medical Center,    2000 Ogden Avenue,   Aurora, IL 60504-7222
18676851      +Ryan Qwit,   815 W. Superior Street,    Ottawa, IL 61350-1847
18676852      +Shawn Duffy,   912 West Jefferson,    Ottawa, IL 61350-2641
18676854      +Streator Onized Credit Union,    912 North Sahbbona Street,    Streator, IL 61364-2059
18676834     ++U S DEPARTMENT OF EDUCATION,    P O BOX 5609,   GREENVILLE TX 75403-5609
              (address filed with court:  Direct Loans,    P.O. Box 7202,   Utica, NY 13504-7202)
19368059      +Webbank-Fingerhut,    6250 Ridgewood Rd,   St. Cloud, MN 56303-0820
18676855       West Asset,   717 Mercy Raod,    Omaha, NE 68106
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18676825       E-mail/PDF: recoverybankruptcy@afninet.com Aug 07 2014 01:29:13      AFNI Inc.,   404 Brock Drive,
                P.O. Box 3427,   Bloomington, IL 61702-3427
18676826       E-mail/Text: amerenilcredit@ameren.com Aug 07 2014 01:24:09      Ameren IP,   P.O. Box 2522,
                Decatur, IL 62525-2522
18827845      +E-mail/Text: bnc@atlasacq.com Aug 07 2014 01:22:50      Atlas Acquisitions LLC,   294 Union St.,
                Hackensack, NJ 07601-4303
18676840      +E-mail/Text: bankruptcy@hraccounts.com Aug 07 2014 01:22:55      H & R Accounts,   P.O. Box 672,
                Moline, IL 61266-0672
19366935       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 07 2014 01:29:14
                LVNV Funding, LLC its successors and assigns as,    assignee of NCO Portfolio Management,
                Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
19187601      +E-mail/Text: bankruptcy@hraccounts.com Aug 07 2014 01:22:55      OSF Saint Elizabeth Medical CTR,
                C/O H and R Accounts Inc,    PO Box 672,   Moline, IL 61266-0672
                                                                                               TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18676839     ##+Gateway Spine & Pain Physicians,    215 Remingotn Boulevard,    Suite G,
                Bolingbrook, IL 60440-3663
18676853     ##+Shawn Thompson,    2235 Berry Avenue,   Ottawa, IL 61350-1101
                                                                                  TOTALS: 0, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1              User: wepps                  Page 2 of 2                   Date Rcvd: Aug 06, 2014
                                  Form ID: pdf006              Total Noticed: 40
```

      \*\*\*\*\* BYPASSED RECIPIENTS (continued) \*\*\*\*\*

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2014                                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 5, 2014 at the address(es) listed below:
              Joji   Takada    trustee@takadallc.com, jtakada@ecf.epiqsystems.com
              Joji   Takada    on behalf of Accountant    Alan D. Lasko & Associates, P.C. trustee@takadallc.com,
               jtakada@ecf.epiqsystems.com
              Joji   Takada    on behalf of Trustee Joji   Takada trustee@takadallc.com,
               jtakada@ecf.epiqsystems.com
              M. Gretchen Silver    on behalf of U.S. Trustee Patrick S Layng ustpregion11.es.ecf@usdoj.gov,
               gretchen.silver@usdoj.gov;denise.delaurent@usdoj.gov;maria.e.yapan@usdoj.gov
              Micah R Krohn    on behalf of Trustee Joji   Takada mkrohn@fgllp.com, ccarpenter@fgllp.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard G Larsen    on behalf of Creditor    Peoples Credit Inc. rlarsen@springerbrown.com,
               vmaurer@kleinstoddard.com;jkrafcisin@springerbrown.com;iprice@springerbrown.com
              Robert B Steele    on behalf of Creditor    First National Bank of Ottawa rsteele160@sbcglobal.net
              William L. Hotopp    on behalf of Debtor Angela M. Duffy wlhotopp@comcast.net
              Zane L Zielinski    on behalf of Trustee Joji   Takada zzielinski@fgllp.com,
               csmith@fgllp.com;dortiz@fgllp.com;ccarpenter@fgllp.com
                                                                                             TOTAL: 10
```