# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                          §
                                                §
Angela M. Duffy                                 §       Case No. 12-11872
                                                §
                    Debtor(s)                   §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joji Takada, Chapter 7 Trustee            , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on            .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Joji Takada, Chapter 7 Trustee
_____
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Peoples Credit P.O. Box 241 115 E. South Street Plano, IL 60545 | | | | | |
| | Thomas G. Tripp | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cara Marco | | | | | |
| | Kylie Wilhem Trust | | | | | |
| | Patricia Janssen | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joji Takada | | | | | |
| Joji Takada | | | | | |
| County Taxes | | | | | |
| Owners Title Policy Credit | | | | | |
| Richard Franks | | | | | |
| Title, Transfer and Government Recording Charges | | | | | |
| The Bank of New York Mellon | | | | | |
| Frank Gecker LLP | | | | | |
| Frank Gecker LLP | | | | | |
| Alan Lasko and Associates PC | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Alan Lasko and Associates PC | | | | | |
| Charles Rutenberg Realty | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Shawn Duffy;912 West Jefferson;Ottawa, IL 61350 | | | | | |
| | Shawn Thompson;2235 Berry Avenue;Ottawa, IL 61350 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AFNI Inc. 404 Brock Drive P.O. Box 3427 Bloomington, IL 61702-3427 | | | | | |
| | Ameren IP P.O. Box 2522 Decatur, IL 62525-2522 | | | | | |
| | American Financial Collections 10333 North Meridian Street Indianapolis, IN 46290 | | | | | |
| | Apollo Group, Inc. 4615 east Elwood Street DBA University of Phoenix Phoenix, AZ 85040-1908 | | | | | |
| | Aturo D. Tomas MD Ltd. P.O. Box 8660 Saint Louis, MO 63126-0660 | | | | | |
| | CDA/Pontiac 415 East Main Street P.O. Box 213 Streator, IL 61364 | | | | | |
| | CDA/Pontiac 415 East Main Street P.O. Box 213 Streator, IL 61364 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CDA/Pontiac 415 East Main Street P.O. Box 213 Streator, IL 61364 | | | | | |
| | CDA/Pontiac 415 East Main Street P.O. Box 213 Streator, IL 61364 | | | | | |
| | CDA/Pontiac 415 East Main Street P.O. Box 213 Streator, IL 61364 | | | | | |
| | CDA/Pontiac 415 East Main Street P.O. Box 213 Streator, IL 61364 | | | | | |
| | Dependon Collection P.O. Box 4833 Hinsdale, IL 60522 | | | | | |
| | Direct Loans P.O. Box 7202 Utica, NY 13504-7202 | | | | | |
| | Direct Loans P.O. Box 7202 Utica, NY 13504-7202 | | | | | |
| | DIVSFD Service 1824 West Grand Avenue Suitee 200 Chicago, IL 60622 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fingerhut 6250 Ridgewood Road Saint Cloud, MN 56303-0820 | | | | | |
| | First National Bank of Ottawa 701 LaSalle Ottawa, IL 61350 | | | | | |
| | First Premiere Bank P.O. Box 5529 Sioux Falls, SD 57117-5529 | | | | | |
| | Gateway Spine & Pain Physicians 215 Remingotn Boulevard Suite G Bolingbrook, IL 60440-3656 | | | | | |
| | H & R Accounts P.O. Box 672 Moline, IL 61265 | | | | | |
| | Integrative Pain Medicine 1880 North Roselle Road Suite 208 Schaumburg, IL 60195 | | | | | |
| | Mediacom Superior Street Ottawa, IL 61350 | | | | | |
| | Metris Bank P.O. Box 18056 Hauppauge, NY 11788-8856 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Midwest Emergency Northern Illinois P.O. Box 8220 Fort Worth, TX 76124 | | | | | |
| | Ottawa Medical Center, PC 1614 Norris Drive Ottawa, IL 61350 | | | | | |
| | Ottawa Regional Hospital 1100 East Norris Drive Ottawa, IL 61350 | | | | | |
| | Peoples Credit P.O. Box 241 115 E. South Street Plano, IL 60545 | | | | | |
| | Pro MD Collections P.O. Box 10166 Peoria, IL 61612 | | | | | |
| | Rush-Copley Medical Center 2000 Ogden Avenue Aurora, IL 60504 | | | | | |
| | Streator Onized Credit Union 912 North Sahbbona Street Streator, IL 61364 | | | | | |
| | West Asset 717 Mercy Raod Omaha, NE 68106 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Atlas Acquisitions Llc (Metris - Metris) | | | | | |
| 3 | LVNV Funding, LLC its successors and assigns as assignee of | | | | | |
| 2 | Osf Saint Elizabeth Medical Ctr | | | | | |
| 4 | Webbank-Fingerhut | | | | | |
| 5 | First National Bank Of Ottawa | | | | | |
| 8 | Il Dept Of Healthcare And Family Services/Mru | | | | | |
| 6 | Integrative Pain Medicine | | | | | |
| 7 | Rush Copley Medical Center, Inc. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 12-11872 | BWB | Judge: | Bruce W. Black | | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|---|---|---|---|
| Case Name: | Angela M. Duffy | | | | | Date Filed (f) or Converted (c): | 03/26/2012 (f) |
| | | | | | | 341(a) Meeting Date: | 04/23/2012 |
| For Period Ending: | 11/15/2014 | | | | | Claims Bar Date: | 09/04/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  Financial Accounts | 1,000.00 | 0.00 | | 0.00 | FA |
| 2.  Financial Accounts | 26.00 | 0.00 | | 0.00 | FA |
| 3.  Financial Accounts | 100.00 | 0.00 | | 0.00 | FA |
| 4.  Household Goods | 650.00 | 0.00 | | 0.00 | FA |
| 5.  Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 6.  Vehicles | 750.00 | 0.00 | | 0.00 | FA |
| 7.  Vehicles | 750.00 | 0.00 | | 0.00 | FA |
| 8.  Vehicles | 3,500.00 | 0.00 | | 0.00 | FA |
| 9.  Inheritance - Real Estate - Florida (u) | 0.00 | Unknown | | 351,152.27 | FA |
| 10.  Inheritance Estate of Decedent Death Benefit Plan Life Insur | 0.00 | 1,478.74 | | 1,478.74 | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $7,276.00          $1,478.74          $352,631.01          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Assigned case after Waller resigned; Waller filed asset report 6/12 re: Inheritance - Real Estate - Florida; Waller hired KC JONES and REALTY EXECUTIVE HOMES IN FLORIDA to sell 14700 Gulf Boulevard, Apartment 305, Madeira Beach, FL 33708; Awaiting response from IRS (if any) regarding tax returns.

Initial Projected Date of Final Report (TFR): 09/30/2013          Current Projected Date of Final Report (TFR): 09/30/2014

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 12-11872 | Trustee Name: Joji Takada, Chapter 7 Trustee | Exhibit 9 |
| Case Name: Angela M. Duffy | Bank Name: The Bank of New York Mellon | |
| | Account Number/CD#: XXXXXX7952 | |
| | Checking | |
| Taxpayer ID No: XX-XXX0035 | Blanket Bond (per case limit): | |
| For Period Ending: 11/15/2014 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/17/13 | | Title Security | Proceeds from sale | | $62,307.16 | | $62,307.16 |
| | | | Gross Receipts $351,152.27 | | | | |
| | | Charles Rutenberg Realty | Real estate broker commission payment ($24,500.00) | 3510-000 | | | |
| | | Thomas G. Tripp | Judgment creditor ($10,500.00) | 4110-000 | | | |
| | | Richard Franks | Credit to Buyer ($241.51) | 2500-000 | | | |
| | | County Taxes | Administrative Expense ($2,186.43) | 2500-000 | | | |
| | | Title, Transfer and Government Recording Charges | Administrative Expense ($366.50) | 2500-000 | | | |
| | | Patricia Janssen | Joint Owner ($124,611.35) | 4110-002 | | | |
| | | Cara Marco | Joint Owner ($62,307.16) | 4110-002 | | | |
| | | Kylie Wilhem Trust | Joint Owner ($62,307.16) | 4110-002 | | | |
| | | Owners Title Policy Credit | Credit to Buyer ($1,825.00) | 2500-000 | | | |
| | 9 | | Inheritance - Real Estate - Florida $351,152.27 | 1110-000 | | | |
| 06/07/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.86 | $62,274.30 |
| 07/08/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $89.58 | $62,184.72 |
| 08/07/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $92.46 | $62,092.26 |
| 09/09/13 | 10 | Estate of William Dettore | Non-exempt funds | 1129-000 | $1,478.74 | | $63,571.00 |

Page Subtotals:   $63,785.90   $214.90

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: 12-11872 | | | | Trustee Name: Joji Takada, Chapter 7 Trustee | | |
| Case Name: Angela M. Duffy | | | | Bank Name: The Bank of New York Mellon | | |
| | | | | Account Number/CD#: XXXXXX7952 | | |
| | | | | Checking | | |
| Taxpayer ID No: XX-XXX0035 | | | | Blanket Bond (per case limit): | | |
| For Period Ending: 11/15/2014 | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/09/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $92.31 | $63,478.69 |
| 10/07/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $90.63 | $63,388.06 |
| 01/22/14 | 100001 | Alan Lasko and Associates PC 29 South LaSalle Street Suite 1240 Chicago, Illinois 60603 | Administrative Expense | 3410-000 | | $1,436.90 | $61,951.16 |
| 01/22/14 | 100002 | Alan Lasko and Associates PC 29 South LaSalle Street Suite 1240 Chicago, Illinois 60603 | Administrative Expense | 3420-000 | | $12.45 | $61,938.71 |
| 09/09/14 | 100003 | Joji Takada 6336 North Cicero Avenue Chicago, IL  60646 | Final distribution per court order. | 2100-000 | | $8,420.27 | $53,518.44 |
| 09/09/14 | 100004 | Joji Takada 6336 North Cicero Avenue Chicago, IL  60646 | Final distribution per court order. | 2200-000 | | $36.94 | $53,481.50 |
| 09/09/14 | 100005 | Frank Gecker LLP 325 N. LaSalle Street, Suite 625 Chicago, Illinois 60654 | Final distribution per court order. | 3210-000 | | $4,834.00 | $48,647.50 |
| 09/09/14 | 100006 | Frank Gecker LLP 325 N. LaSalle Street, Suite 625 Chicago, Illinois 60654 | Final distribution per court order. | 3220-000 | | $19.02 | $48,628.48 |
| 09/09/14 | 100007 | Atlas Acquisitions Llc (Metris - Metris) 294 Union St. Hackensack, Nj 07601 | Final distribution per court order. | 7100-000 | | $908.70 | $47,719.78 |
| 09/09/14 | 100008 | Osf Saint Elizabeth Medical Ctr C/O H And R Accounts Inc Po Box 672 Moline, Il 61265 | Final distribution per court order. | 7100-000 | | $379.05 | $47,340.73 |
| 09/09/14 | 100009 | LVNV Funding, LLC its successors and assigns as assignee of Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | Final distribution per court order. | 7100-000 | | $713.74 | $46,626.99 |

Page Subtotals:                                    $0.00        $16,944.01

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 12-11872 | Trustee Name: Joji Takada, Chapter 7 Trustee | Exhibit 9 |
| Case Name: Angela M. Duffy | Bank Name: The Bank of New York Mellon | |
| | Account Number/CD#: XXXXXX7952 | |
| | Checking | |
| Taxpayer ID No: XX-XXX0035 | Blanket Bond (per case limit): | |
| For Period Ending: 11/15/2014 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/09/14 | 100010 | Webbank-Fingerhut<br>6250 Ridgewood Rd<br>St. Cloud, Mn 56303 | Final distribution per court order. | 7100-000 | | $206.02 | $46,420.97 |
| 09/09/14 | 100011 | First National Bank Of Ottawa<br>C/O Attorney Robert B. Steele<br>Po Box 517<br>Lasalle, Il 61301 | Final distribution per court order. | 7200-000 | | $31,917.00 | $14,503.97 |
| 09/09/14 | 100012 | Integrative Pain Medicine<br>80 West Hillcrest Blvd. Suite 208<br>Schaumburg, Il 60195 | Final distribution per court order. | 7200-000 | | $5,657.04 | $8,846.93 |
| 09/09/14 | 100013 | Rush Copley Medical Center, Inc.<br>C/O Michael W. Huseman<br>1999 West Downer Place<br>Aurora, Il 60506 | Final distribution per court order. | 7200-000 | | $8,010.16 | $836.77 |
| 09/09/14 | 100014 | Il Dept Of Healthcare And Family Services/Mru<br>P O Box 19405<br>Springfield, Il 62794 | Final distribution per court order. | 7200-000 | | $836.77 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $63,785.90 | $63,785.90 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $63,785.90 | $63,785.90 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $63,785.90 | $63,785.90 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $46,626.99 |

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX7952 - Checking | $63,785.90 | $63,785.90 | $0.00 |
|  | $63,785.90 | $63,785.90 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $288,845.11 |
| Total Net Deposits: | $63,785.90 |
| Total Gross Receipts: | $352,631.01 |